60058

FILED
2010 JUN 11 AM 11:57
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
DAYTON

| | |
|---|---|
| 04-65592 | JOHN MCCORD, JR<br>TAMARA MCCORD<br>DEBTORS DID NOT CASH CHECK<br>CHECK #433731 FOR $97.10<br>JOHN MCCORD, JR<br>TAMARA MCCORD<br>814 BROWN AVE., NW<br>CANTON, OH 44703 |
| 08-61046 | BARBARA PHILLIPS<br>DEBTOR DID NOT CASH CHECK<br>CHECK #433732 FOR $5.43<br>BARBARA M PHILLIPS<br>996 S MAIN ST<br>APT #C6<br>MANSFIELD, OH 44907 |
| 07-61674 | MELODY KERNS<br>CREDITOR DID NOT CASH CHECK<br>CHECK #433733 FOR $89.26<br>CAPITAL ONE<br>C/O TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS, GA 30091 |
| 04-64705 | CHARLES CURFMAN<br>DEBTOR DID NOT CASH CHECK<br>CHECK #433734 FOR $25.00<br>CHARLES CURFMAN<br>1435 INWOOD RD<br>ALLIANCE, OH 44601 |
| 04-66249 | JOHN VASILIADES<br>CHERYL VASILIADES<br>CREDITOR DID NOT CASH CHECK<br>CHECK #433735 FOR $20.33<br>GREAT SENECA<br>C/O WOLPOFF & ABRAMSON<br>702 KING FARM BLVD<br>ROCKVILLE, MD 20850-5775 |